Daniel Gee, Esquire (#4672)
Marcus, Broder, Ahart & Gee
121 Johnson Road
Turnersville, NJ 08012
(856) 227-0800
Attorney for Debtor



UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF: | : CHAPTER 11 |
| Michael Warner and Dana Warner | : CASE NO. : 03-48491-JHW |
| | : Hearing Date: 4/19/04 |
| Balmoral Financial Corporation, | : Adversary Proceeding No: 04-1274 |
| Plaintiff | : |
| v. | : |
| Michael Warner and Dana Warner | : |
| Defendant | : |

### DEBTOR'S MOTION TO DISMISS ADVERSARY COMPLAINT

TO:   Laura Beth Taylor, Esquire            Isabel C. Balboa
      William W. Erhart, P.A.                Chapter 13 Standing Trustee
      800 King Street, Suite 301             Cherry Tree Corporate Center
      Wilmington, DE 19801                   535 Route 38, Suite 580
      Attorney for Unsecured Creditor,       Cherry Hill, NJ  08002
      Balmoral Financial Corporation

PLEASE TAKE NOTICE that on ~~April 19~~ *May 3*, 2004 at 10:00 a.m. in the forenoon or as soon thereafter as counsel may be heard, counsel for Movants, Michael Warner and Dana Warner, shall move before the Honorable Judith H. Wizmur, of the United States Bankruptcy Court for the District of New Jersey, 401 Market Street, Camden, New Jersey for the following relief:

   1.   For an Order Dismissing Balmoral Financial Corporation's Adversary

        Complaint; and,

MARCUS, BRODER,
AHART & GEE
ATTORNEYS AT LAW
121 Johnson Road
Turnersville, NJ 08012

2. For such other and further relief that this Court may deem just and equitable.

Movant shall rely upon the attached Motion and supporting documentation filed herewith.

**STATEMENT OF NO BRIEF NECESSARY**

In accordance with D.N.J. LBR 9013-2 a brief is not necessary for the determination of the within Motion inasmuch as the Motion is regular in form and nature, does not involve complex issues of law, and the Motion and Certification of Counsel attached hereto includes any and all legal argument and citation necessary to this Motion.

Marcus, Broder, Ahart & Gee
Attorneys for the Debtor

Dated: 3/29/04

By: _____
Daniel Gee, Esquire
ID #4672

MARCUS, BRODER,
AHART & GEE
ATTORNEYS AT LAW
121 Johnson Road
Turnersville, NJ 08012



LAW OFFICES OF

**Marcus Broder Ahart & Gee**

A PROFESSIONAL CORPORATION

---

SCOTT H. MARCUS*
DANIEL GEE*
SETH N. BRODER*
COREY E. AHART*†+

*Also admitted to PA Bar
†Also admitted to FL Bar
+Also admitted to D.C. Bar

---

121 JOHNSON ROAD
TURNERSVILLE, NJ 08012
(856) 227-0800
TELECOPIER (856) 227-7939
www.marcuslaw.net

400 GREENWOOD AVENUE
WYNCOTE, PA 19095
(215) 887-7070

10211 WEST SAMPLE ROAD
SUITE 117
CORAL SPRINGS, FL 33065

REPLY TO: TURNERSVILLE

---

March 29, 2004

FILED
JAMES J. WALDRON, CLERK

APR 1 2004

U.S. BANKRUPTCY COURT
CAMDEN, NJ
BY_____ DEPUTY

Clerk, United States Bankruptcy Court
U.S. Post Office & Courthouse, 2nd Floor
401 Market Street
P.O. Box 2067
Camden, NJ 08101-2067

**Re:  Michael and Dana Warner**
**Chapter 13 Case #: 03-48491**
**Adversary No: 04-1274**

Dear Clerk:

This office represents the interest of the above-captioned Chapter 13 debtors. Enclosed please find an original and one (1) copy of the Debtor's Motion to Dismiss the Adversary Complaint filed by Balmoral Financial Corporation.

Please same in the usual course providing my office with a filed, stamped copy in the enclosed self-addressed, stamped envelope.

Thank you for your cooperation in this regard.

Very truly yours,

DANIEL GEE, ESQUIRE
FOR THE FIRM

DG/jga
Enclosure
cc: Laura Beth Taylor, Esquire
    Isabel C. Balboa, Chapter 13 Standing Trustee
    Client

F:\Clients\warner.michael&dana\Balmoral\clerk.doc