Daniel Gee, Esquire (#4672)
Marcus, Broder, Ahart & Gee
121 Johnson Road
Turnersville, NJ 08012
(856) 227-0800
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN THE MATTER OF: | : CHAPTER 11 |
| Michael Warner and Dana Warner | : CASE NO. : 03-48491-JHW |
| | : Hearing Date: 4/19/04 |
| Balmoral Financial Corporation, | : Adversary Proceeding No: 04-1274 |
| Plaintiff | |
| v. | |
| Michael Warner and Dana Warner | |
| Defendant | |

### PROOF OF MAILING

On this 31st day of March, 2004, I, the undersigned, forwarded via first class mail, postage prepaid, to the following:

Laura Beth Taylor, Esquire          Isabel C. Balboa
William W. Erhart, P.A.             Chapter 13 Standing Trustee
800 King Street, Suite 301          Cherry Tree Corporate Center
Wilmington, DE 19801                535 Route 38, Suite 580
Attorney for Unsecured Creditor,    Cherry Hill, NJ 08002
Balmoral Financial Corporation

A copy of the Notice of Motion of Debtors, Michael and Dana Warner for an Order Dismissing Adversary Complaint, proposed form of Order for Dismissing Adversary Complaint, and supporting documentation, in the above-entitled matter.

I certify the foregoing statements made by me are true to the best of my knowledge and belief. I understand that if any of the foregoing statements made by me herein are willfully false, I am subject to punishment.

Dated: 3/31/04

*Joann G. Amato*
Joann G. Amato, Legal Secretary

**MARCUS, BRODER, AHART & GEE**
ATTORNEYS AT LAW
121 Johnson Road
Turnersville, NJ 08012