| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>IN THE MATTER OF:<br>Michael Warner and Dana Warner<br><br>Balmoral Financial Corporation,<br>                      Plaintiff<br>   v.<br>Michael Warner and Dana Warner<br>                      Defendant | Case No.: 03-48491-JHW<br><br>Adv. No.: 04-1274<br>Hearing Date: 5/3/04 ~~4/19/04~~<br><br>Judge: Judith H. Wizmur, USBJ |

## ORDER DISSMISSING ADVERSARY COMPLAINT

The relief set forth on the following pages, numbered two (2) through (2) is hereby **ORDERED**.

**(Page 2)**

Debtor: Michael Warner and Dana Warner

Case No: 03-48491-JHW

Adv. No.: 04-1274

Caption of Order: Order Dissmissing Adversary Complaint

---

Upon consideration of the Motion of Debtors to dismiss the Adversary Complaint filed against Debtor, Michael Warner, along with the Motion's supporting documentation and any opposition and argument filed thereto;

IT IS HEREBY ORDERED that the Debtors' Motion to Dismiss the Adversary Complaint filed, be, and hereby is GRANTED. The Adversary Complaint filed by Balmoral Financial Corporation is hereby dismissed without prejudice.

F:\Clients\warner.michael&dana\order.doc